# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

LOUIS SERBALL,

Appellant,

v.

VANESSA BOUAPHANH,

Appellee.

No. 2D2025-2613
_____

April 22, 2026

Appeal from the Circuit Court for Pasco County; Susan G. Barthle, Judge.

Louis Serball, pro se.

No appearance for Appellee.


PER CURIAM.

     Affirmed.

KELLY, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.